Louis L. Weisinger et al., Respondents, v. Saul Blitz et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. The denial of defendants' cross motion is without prejudice to a renewal on timely service. The date for the examination to proceed shall be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Myrtle E. Agnelli, Respondent, v. Junius Agnelli, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Giovanni Girardon, Appellant, v. Joseph Foa, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Claire J. Halprin et al., Respondents, v. Bessie Klatsky et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Atlantic Gulf and West Indies Steamship Lines, Respondent, v. City of New York, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, Dore, Callahan and Shientag, JJ.

Sari G. Hilton, Respondent, v. Accident and Casualty Insurance Company of Winterthur, Switzerland, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed shall be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Walter E. Heller & Company, Inc., et al., Respondents, v. Superior Productions, Inc., et al., Defendants, and Lewis Milestone, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to defendant-appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Hyman C. Marinbach, Respondent, v. S. B. Behrens & Co., Inc., Appellant.— Order reversed, with $10 costs and disbursements to the appellant and the motion denied. The date for the examination to proceed shall be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.; Callahan, J., dissents and votes to affirm.

Hyman C. Marinbach, Respondent, v. S. B. Behrens & Co., Inc., Appellant.— Order unanimously modified by eliminating the discovery and inspection with leave to renew after the examination before trial is completed and, as so modified, affirmed, with $10 costs and disbursements to the appellant. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Rudolph Schwartz, Respondent, v. Max Winter, Doing Business under the Name of Dale Garment Co., Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed shall be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.